# Notification of Late Record

Court of Appeals No., if known: <u>04-15-00466-CV</u>

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/14/2015 1:37:52 PM
KEITH E. HOTTLE
Clerk

Trial Court Style: <u>**FELIX LUERA, JR. AND BIANCA LUERA VS. BASIC ENERGY SERVICES, INC., BASIC ENERGY SERVICES, L.P., ARI FLEET SERVICES, INC D/B/A ARI FLEET LT AND SERVANDO GARCIA**</u>

Trial Court No.: <u>13-06-52391-CV</u>

I am the official responsible for preparing the clerk's record in the above referenced appeal. The approximate date of trial was:

REJECTED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/14/2015 1:37:52 PM
KEITH E. HOTTLE
Clerk

The record was originally due: <u>SEPTEMBER 14, 2015</u> I anticipate the length of the record to be: <u>2895 PAGES</u>

I am unable to file the record by date such record is due because (check one):

<u>✓</u> the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

___ my other duties or activities preclude working on the record and include the following (attach additional pages if needed):

___ Other. Explain (attach additional pages if needed):

I anticipate the record will be completed by:

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Date: <u>09-09-2015</u>

Signature: _Diana Guerra-Acero_
Printed Name : _Diana Guerra-Acero_
Title: _Deputy Clerk_

## Acknowledgment
### (to be completed by notary or court clerk)

State of Texas
County of Jim Wells

Before me, the undersigned authority, on this day personally appeared _____ known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: _____

Signature: _____
Printed Name: _____

Seal: